IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN A. CLARK,

      *Plaintiff*,

v.

CITY OF PHILADELPHIA,

      *Defendant*.

CIVIL ACTION
NO. 14-05930

### ORDER

**AND NOW**, this 13th day of April, 2016, upon consideration of Plaintiff John A. Clark's Motion for Time to Retain New Counsel (ECF No. 59) and the City of Philadelphia's Response (ECF No. 60), it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1